No. 739, Misc. BEAMAN *v.* UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF ARKANSAS, ET AL. Motion for leave to file petition for writ of mandamus denied. .

No. 635. MARTIN *v.* DAVIS, PROBATE JUDGE OF JOHNSON COUNTY, KANSAS. Appeal from the Supreme Court of Kansas. Probable jurisdiction noted. *F. L. Hagaman* for appellant.

No. 246. SHELTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Joseph L. Rauh, Jr.* and *John Silard* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for the United States.

No. 704. ST. REGIS PAPER Co . *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to Questions 2, 3, 5, and 6 presented by the petition which read as follows:

"2. Does an order and judgment of the District Court under Section 6 (c) of the Administrative Procedure Act, modifying agency investigative process, carry with it liability for forfeitures for noncompliance with the original unmodified agency process?

"3. Did the orders of the Commission, purportedly issued pursuant to Section 6 (b) of the FTC Act, constitute a requirement that petitioner furnish 'answers in writing to specific questions,' and not a requirement of a